IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: <br><br> U LOCK INC., <br><br> Debtor. <br><br> GEORGE SNYDER, <br><br> Appellant <br><br> v. <br><br> CHRISTINE BIROS and ROBERT SLONE <br><br> Appellees. | ) <br> ) <br> ) Civil Action No. 2:24-cv-00135-CB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## APPELLEE CHRISTINE BIRO'S RESPONSE TO AMENDED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Particularly under the circumstances that Appellant, George Snyder, sets forth in the Amended Motion for Extension of Time to File Brief [Doc. No. 6], Appellee Christine Biros has no objection to the relief that Snyder requests.

                                                                         Respectfully submitted,

                                                                          BERNSTEIN-BURKLEY, P.C.

Dated: March 22, 2024                                                 By: *Stuart C. Gaul, Jr.*
                                                                         Stuart C. Gaul, Jr., Esquire
                                                                         PA ID #74529
                                                                         601 Grant Street, 9th Floor
                                                                         Pittsburgh, PA 15219-1900
                                                                         Telephone: 412-456-8139
                                                                         Facsimile:  412-456-8135
                                                                         Email:   sgaul@bernsteinlaw.com

                                                                         *Counsel for Appellee Christine Biros*

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and correct copy of the within APPELLEE CHRISTINE BIRO'S RESPONSE TO AMENDED MOTION FOR EXTENSION OF TIME TO FILE BRIEF was served this 22nd day of March, 2024, via the Court's CM/ECF notification system on all counsel of record and unrepresented parties.

                                                        *Stuart C. Gaul, Jr.*