IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| U LOCK INC, ) | |
| ) | 2:24-cv-00135-CB |
| Debtor. ) | |
| ------------------------------ ) | |
| GEORGE SNYDER, ) | |
| ) | FILED |
| Appellant, ) | |
| ) | APR 09 2024 |
| v. ) | |
| ) | CLERK U.S. DISTRICT COURT |
| CHRISTINE BIROS, ) | WEST. DIST. OF PENNSYLVANIA |
| ) | |
| Appellee. ) | |

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

NOTE: This case has not been added to my ECF. Only cases 23cv297 and 23cv691 allow efiling through the ECF system. I called and spoke with Erica and she added my email address to the docket, but it still does not allow efiling for this particular case and they need to add it manually to my ECF.

I move this Court to extend the time to file the brief in this case until April 28, 2024, because I am having open heart surgery on March 25, 2024, and for the past two weeks I have been undergoing various testing for the procedure. I believe I will remain in the hospital for at least a week, and then will be bed bound for at least another week after release from the hospital. I think I can work on the brief after my release from the hospital. Pursuant to the Americans with Disabilities Act, my medical condition is a temporary disability and I request accommodation for it. Because of my preparation for this surgery, and the

upcoming surgery, it will be impossible for me to meet the present deadline of March 28, 2024.

                                                        Respectfully submitted,

                                                        /s/ George Snyder
                                                        George Snyder
                                                        PO Box 15
                                                        Irwin PA 15642

                                                        Appellant

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | )<br>) |
| U LOCK INC, | )<br>) Case 23-cv-00691-CB |
| Debtor. | )<br>) |
| GEORGE SNYDER, | )<br>) |
| Appellant, | )<br>) |
| v. | )<br>) |
| CHRISTINE BIROS, | )<br>) |
| Appellee. | ) |

CERTIFICATE OF SERVICE

I, George Snyder, certify that all the parties appearing in this case are members of the Court's electronic system and will receive service. On March 21, 2024, I emailed interested parties Robert Slone Trustee and Shanni Snyder.

/s/ George Snyder