PRESORTED
FIRST CLASS MAIL
US POSTAGE PAID
MADISON WI
PERMIT NO 1480

SP 02     29716871

CLERK US DISTRICT COURT
700 Grant Street
Pittsburgh PA 15219